**File Hashes for IP Address 76.167.77.34**

**ISP:** Time Warner Cable
**Physical Location:** San Diego, CA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 11/08/2015 06:26:58 | 236B8DE8F2ED389695EA473E030F1765D1484096 | Made for Each Other |
| 10/14/2015 20:34:34 | 2ACB093F6715D09FAB365AF11353F2FF43AC0E80 | Body Language |
| 10/08/2015 15:13:42 | 5C30DE82F7E89D24029295062F75FF4DE909D8FE | Catching The Sun |
| 10/08/2015 15:10:49 | 2768D75FE9CC1F5841C1D1C5497A8072A28B350B | Keep Cumming Kylie |
| 10/08/2015 15:07:56 | 2E3C6E72D8A56B31EAF1597104825AB2274073C3 | Cum Inside the Fantasy Suite |
| 10/08/2015 15:01:26 | 21503C001B07291D0477C0B5C9D324AA308FF277 | Sexy En Noir |
| 10/08/2015 14:59:33 | F0629DA266C12CD1D88A38BEEE67B2018358192E | Every Mans Sexy Camping Trip |
| 10/08/2015 14:59:10 | EC555F31F03BE096C98E03F301E5F645240F1E6D | A Fucking Picnic |
| 10/08/2015 14:58:34 | 16B716D190DE14ED20A84FF664189C550B50748A | Competition |
| 10/08/2015 14:57:45 | B0FE5E33B6F8AD375422662D0B17B1ECF685D7D1 | Alexis Love Me |
| 10/07/2015 22:54:12 | BC9C03DEE890E86F84D428396B554E30A8628E4B | Capture Me |
| 10/07/2015 22:41:24 | 02ED3660EFD79D51A7C42E8FE7616DE924C79BE6 | Dangerous When Wet |
| 10/07/2015 22:37:13 | 4A29BF8F7B99900B37ABD628B1EB0556031D79A7 | In Love With Little Caprice |
| 10/07/2015 22:23:10 | 0EF55CB476C9B15B5CE6A2111B49D92FEB165FB7 | Life In The Fast Lane |
| 10/07/2015 20:36:32 | 52CE2AB786029404007F52B105E4C7309935A119 | Casual Sex |
| 10/07/2015 14:06:44 | B228846D9AD174248AA01086CA2B3BBBD1235864 | Supermodel Sex |
| 01/22/2015 02:02:57 | B153BB2BE9883DBBB7E7DDC97A64572CD3F88B32 | One Show For Each |

**Total Statutory Claims Against Defendant: 17**

EXHIBIT A

SCA56