Brian Heit (SBN: 302474)
Brenna E. Erlbaum (SBN: 296390)
**HEIT ERLBAUM, LLP**
6320 Canoga Avenue
15th Floor
Woodland Hills, CA 91367
[phone]: (855) 231.9868
Brian.heit@HElaw.attorney
Brenna.Erlbaum@HElaw.attorney
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### San Diego

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>     Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 76.167.77.34,<br><br>     Defendant. | Case Number: 3:15-cv-02928-BTM-BLM<br><br>**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT** |

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Malibu Media, LLC, moves for entry of an order extending the time within which Plaintiff has to serve Defendant with a Summons and Complaint, and states:

1. This is a copyright infringement case originally against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity was known by their internet service provider ("ISP").

2. On February 16, 2016, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP, Time Warner Cable, to obtain the Defendant's identifying information [CM/ECF 6]. Plaintiff issued the subpoena

1

Plaintiff's First Motion For Extension of Time Within Which it Has to Serve Defendant
With a Summons and Complaint
Case No. 3:15-cv-02928-BTM-BLM

on February 17, 2016, and expects to receive the ISP's response on or about April 4, 2016.

3. Upon receipt of Defendant's identifying information, Plaintiff will conduct an investigation to determine whether or not it will proceed with its claims against Defendant, and if appropriate, amend its Complaint and effectuate service.

4. Pursuant to Rule 4(m), Plaintiff is required to effectuate service of the summons and Complaint by no later than today, March 28, 2016. Because the Defendant's identity remains unknown to Plaintiff, it is unable to comply with the current deadline.

5. Procedurally, Plaintiff respectfully requests that the time within it must effectuate service of a summons and Complaint on Defendant be extended until sixty (60) days after it expects to learn the Defendant's identity, or until June 3, 2016.

6. Plaintiff files this Motion to in good faith to enable to proceed with its lawsuit while maintaining compliance with all applicable rules. This motion is not filed for any improper purposes, such as to delay, and Plaintiff's requested extension will neither prejudice the Court nor the parties.

7. WHEREFORE, Plaintiff respectfully requests that the time within which it must serve the Doe Defendant with a summons and Complaint be extended be extended until June 3, 2016. A proposed order is attached for the Court's convenience.

Dated: March 28, 2016.

2

Plaintiff's First Motion For Extension of Time Within Which it Has to Serve Defendant With a Summons and Complaint
Case No. 3:15-cv-02928-BTM-BLM

Respectfully submitted,

HEIT ERLBAUM, LLP

By: /s/ Brian Heit
BRIAN HEIT, ESQ

Attorney for Malibu Media, LLC
E-mail: Brian.heit@HElaw.attorney

3

Plaintiff's First Motion For Extension of Time Within Which it Has to Serve Defendant With a Summons and Complaint
Case No. 3:15-cv-02928-BTM-BLM